IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| COLEMAN MCCALL, Jr. | : | |
| --- | --- | --- |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-5689 |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 29th day of *October*, 2013, upon consideration of **(1)** Plaintiff Coleman McCall, Jr.'s Motion for Partial Summary Judgment (Docket No. 40) and Defendant City of Philadelphia's Response (Docket No. 43) and **(2)** Defendant's Motion for Summary Judgment (Docket No. 41) and Plaintiff's Response (Docket No. 42), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** in its entirety and Defendant's Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's Motion is **GRANTED** with respect to Plaintiff's claims under the Americans with Disabilities Act and the Pennsylvania Human Rights Act (Counts II and III) and Plaintiff's newly-raised Family Medical Leave Act ("FMLA") interference claim.

2. Defendant's Motion is **DENIED** with respect to Plaintiff's claim for retaliation under the FMLA (Count I).

3. The parties shall appear for a status conference in chambers, Room 14614, United States Courthouse, 601 Market Street, Philadelphia, PA on **Wednesday, November 13, 2013 at 11:00 a.m.**

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.