IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLEMAN MCCALL, JR. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-5689 |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this *25th* day of *February*, 2014, upon consideration of Defendant City of Philadelphia's Motion for Judgment on the Pleadings and/or for Summary Judgment (Docket No. 52) and Plaintiff Coleman McCall's, Jr.'s Response (Docket No. 54), it is hereby **ORDERED** as follows:

1. To the extent that Plaintiff seeks front pay or back pay damages for the sole FMLA retaliation claim remaining in the case, Defendant's Motion is **GRANTED**;

2. To the extent that Plaintiff seeks interest and liquidated damages for the sole FMLA retaliation claim remaining in the case, Defendant's Motion is **DENIED**.
It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.